**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 24, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10812
Summary Calendar

_____

CARDELL RHETT, JR.,

Plaintiff-Appellee,

versus

WAYNE SCOTT; ET AL.,

Defendants,

T. REVELL; NFN GONZALEZ,

Defendants-Appellants.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CV-114
--------------------

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[1]

Dr. William Gonzalez and Dr. Tim Revell appeal from the district court's denial of their motion for summary judgment in Cardell Rhett, Jr.'s 42 U.S.C. § 1983 action. The district court determined that Rhett had produced sufficient evidence to create a genuine issue of material fact regarding deliberate indifference to

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his serious medical needs.  We lack jurisdiction to review the district court's determination.  *Nerren v. Livingston Police Dep't*, 86 F.3d 469, 472 (5th Cir. 1999).

APPEAL DISMISSED.